RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone:  510-763-9967
Facsimile:   510-272-0711

Attorney for Defendant
STEVE GARLAND CHRISTOPHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

−ooo−

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 10-0573-JSW (EDL) |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER** |
| vs. | |
| STEVE GARLAND CHRISTOPHER, | |
| Defendant. / | |

Defendant Steve Garland Christopher, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Owen Martikan hereby stipulate and agree that the conditions of release and appearance set by this Court on August 10, 2010, shall be modified to include the following condition:

Defendant shall seek and maintain employment as approved by the Office of Pretrial Services.

///
///
///
///

STIPULATION TO MODIFY TERMS OF PRETRIAL RELEASE; [PROPOSED] ORDER

1       Mr. Christopher has been in compliance with all of the conditions of his release

2   and Supervising Pretrial Service Officer Richard Sarlatte has no objection to this

3   modification.

4

5   Date: September 29, 2010

6                                           /s/

                               RANDY SUE POLLOCK

7                                  Attorney for Defendant

                               STEVE GARLAND CHRISTOPHER

8

9   Date: September 29, 2010                   /s/

                               OWEN MARTIKAN

10                                 Assistant United States Attorney

11

12  SO ORDERED:

13  Date: _ October 4, 2010 ___

14                          ELIZABETH _____

UNITED STATES MAGISTRATE JUDGE

15

16  IT IS SO ORDERED

17  *Elizabeth D. Laporte*

Judge Elizabeth D. Laporte

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO MODIFY TERMS OF PRETRIAL RELEASE; [PROPOSED] ORDER     2