RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: 510-763-9967
Facsimile:   510-272-0711

Attorney for Defendant
STEVE GARLAND CHRISTOPHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

−ooo−

| UNITED STATES OF AMERICA, | CR. 10-0573-JSW (EDL) |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| STEVE GARLAND CHRISTOPHER, | |
| Defendant. | |

    Defendant Steve Garland Christopher, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Owen Martikan hereby stipulate and agree that the conditions of release and appearance set by this Court on August 10, 2010, shall be modified as follows:

    Defendant is permitted to change his residence to 1274 5th Street, Gold Hill, Oregon;

    He shall reside at this address with his custodian Allen Deskins;

    In addition, defendant may attend counseling and drug treatment programs as permitted by U.S. Pretrial Services;

All of the previously set conditions of his release remain in effect.

This modification is with the consent of the supervising Pretrial Service Officer in Medford, Oregon as well as Richard Sarlatte, the supervising Pretrial Service Officer in San Francisco.

Date: March 2, 2011

/s/
RANDY SUE POLLOCK
Attorney for Defendant
STEVE GARLAND CHRISTOPHER

Date: March 2, 2011

/s/
OWEN MARTIKAN
Assistant United States Attorney

SO ORDERED:

March 3, 2011

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE