RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone:  510-763-9967
Facsimile:   510-272-0711

Attorney for Defendant
STEVE GARLAND CHRISTOPHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

STEVE GARLAND CHRISTOPHER,

        Defendant.

_____/

CR. 10-0573-JSW (EDL)

**STIPULATION TO
MODIFY CONDITIONS
OF PRETRIAL RELEASE**
_____

     Defendant Steve Garland Christopher, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Owen Martikan hereby stipulate and agree that the conditions of release and appearance set by this Court on August 10, 2010, shall be modified as follows:

     Defendant may have a thirty-mile radius from his residence at 1274 5th Street, Gold Hill, Oregon to seek employment. Employment opportunities in Defendant's town of residence are very limited due its small size and the fact that unemployment is approaching double digits in the area.

     All of the previously set conditions of his release remain in effect.

     This modification is with the consent of the supervising Pretrial Service Officer in

Medford, Oregon as well as Richard Sarlatte, the supervising Pretrial Service Officer in San Francisco.

Date: March 22, 2011

_____/s/_____
RANDY SUE POLLOCK
Attorney for Defendant
STEVE GARLAND CHRISTOPHER

Date: March 22, 2011

_____/s/_____
OWEN MARTIKAN
Assistant United States Attorney

SO ORDERED:
Date: March 24, 2011

_____
ELIZA_____ JUDGE
UNIT_____

Judge Elizabeth D. Laporte

2