RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: 510-763-9967
Facsimile:   510-272-0711

Attorney for Defendant
STEVE GARLAND CHRISTOPHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br><br>STEVE GARLAND CHRISTOPHER,<br><br>           Defendant.<br>_____ / | CR. 10-0573-JSW (EDL)<br><br>**STIPULATION TO<br>MODIFY CONDITIONS<br>OF PRETRIAL RELEASE**<br>_____ |

      Defendant Steve Garland Christopher, by and through his counsel of record Randy Sue Pollock and Assistant United States Attorney Owen Martikan, hereby stipulate and agree that the conditions of release and appearance set by this Court on August 10, 2010, shall be modified as follows:

      Defendant may have permission to leave his residence to move his personal possessions into a storage unit at Skypark Mini Storage located at 1630 Skypark Drive, Medford, Oregon 97504 on May 22nd, 28th, and 29th between the hours of 9:00am and 5:00pm. He shall also be permitted to go to his bank on one of those listed days. This modification of the conditions of his release shall not exceed three (3) days and he must

have the prior approval of Pretrial Services to do these errands. This modification is permitted to allow Mr. Christopher to prepare for his period of incarceration., All of the previously set conditions of his release remain in effect.

    This modification is with the consent of the supervising Pretrial Service Officer in Medford, Oregon as well as Richard Sarlatte, the supervising Pretrial Service Officer in San Francisco.

Date: May 10, 2011

                           /s/
RANDY SUE POLLOCK
Attorney for Defendant
STEVE GARLAND CHRISTOPHER

Date: May 10, 2011

                           /s/
OWEN MARTIKAN
Assistant United States Attorney

SO ORDERED:

Date: May __12__, 2011

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE